U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

APR 21 2026

FILED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **INFORMANTION NO:** CR 126-024 |
| v. | ) | |
| | ) | **18 U.S.C. § 922(g)(1)** |
| KEITH L. POLITE | ) | **Possession of a Firearm by a** |
| | ) | **Prohibited Person** |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

<u>COUNT ONE</u>
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about December 10, 2024, in Richmond County, within the Southern District of Georgia, the defendant,

**KEITH L. POLITE,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit, a Sterling Arms, model 300, .25 caliber pistol, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **KEITH L. POLITE,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Sterling Arms, model 300, .25 caliber pistol, S/N 017239; a DPMS, model A-15, .223 caliber rifle, S/N FH80986; and any and all associated ammunition.

If any of the property described above, as a result of any act or commission of the defendant:

<div style="margin-left:2em">

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

</div>

2

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c).

/s/ *Patricia G. Rhodes*
Patricia G. Rhodes
Assistant United States Attorney
Criminal Division Chief

Henry W. Syms, Jr.
Assistant United States Attorney
Lead Counsel

3